IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VANESSA SHULTZ,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ABE'S TRASH SERVICE, INC., CHRISTOPHER F. SKINNER, AND FARM BUREAU PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>　　　　　　Defendants. | 8:16CV243<br><br>**ORDER** |

This matter is before the court on a Motion to Dismiss for Failure to State a Claim filed by defendant Farm Bureau Property and Casualty Insurance Company ("Farm Bureau") (Filing No. 8) and on the plaintiff's unopposed Motion to Dismiss defendant Farm Bureau (Filing No. 22). The filing of the plaintiff's motion renders defendant Farm Bureau's motion moot. The court finds the plaintiff's unopposed motion should be granted. Accordingly,

　　　　IT IS ORDERED:

1.　Plaintiff's Motion to Dismiss defendant Farm Bureau Property and Casualty Insurance Company (Filing No. 22) is granted.

2.　Defendant Farm Bureau's Motion to Dismiss (Filing No. 8) is denied as moot.

3.　A judgment of dismissal will issue this date.

　　　　Dated this 29th day of August, 2016.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ *Robert F. Rossiter, Jr.*
　　　　　　　　　　　　　　　　　　United States District Judge