IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| VANESSA SHULTZ, | |
|---|---|
| Plaintiff, | 8:16CV243 |
| v. | |
| ABE'S TRASH SERVICE, INC., and CHRISTOPHER F. SKINNER, | ORDER |
| Defendants. | |

This matter is before the Court on defendants Abe's Trash Service, Inc. and Christopher F. Skinner's (collectively, the "defendants") Motion in Limine (Filing No. 102), which requests twenty-one separate rulings on evidentiary matters.

The defendants did not submit a brief supporting their motion as required by the local rules. *See* NECivR 7.1(a)(1)(A). Plaintiff Vanessa Shultz did not respond to the motion.

Although some of the requests on their face appear to have merit, the Court has no context in which to determine the merits of this all-encompassing motion. Accordingly, the defendant's Motion in Limine (Filing No. 102) is denied without prejudice to reassertion at trial.

IT IS SO ORDERED.

Dated this 3rd day of May, 2018.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge