IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| VANESSA SHULTZ, | |
|---|---|
| Plaintiff, | 8:16CV243 |
| v. | |
| ABE'S TRASH SERVICE, INC., and CHRISTOPHER F. SKINNER, | ORDER |
| Defendants. | |

This matter is before the Court on plaintiff Vanessa Shultz's ("Shultz") Motion in Limine (Filing No. 112), which requests twenty-nine separate rulings on evidentiary matters. Shultz did not submit a brief supporting her motion as required by the local rules. *See* NECivR 7.1(a)(1)(A).

Although some of the requests on their face appear to have merit, the Court has no context in which to determine the merits of this all-encompassing motion. Accordingly, Shultz's Motion in Limine (Filing No. 112) is denied without prejudice to reassertion at trial.

IT IS SO ORDERED.

Dated this 15th day of May, 2018.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge