# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VANESSA SHULTZ, | ) | Case No. 8:16-CV-243 |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | **ORDER ON** |
| vs. | ) | **FINAL PRETRIAL** |
| | ) | **CONFERENCE** |
| ABE'S TRASH SERVICE, INC., and | ) | |
| CHRISTOPHER F. SKINNER, | ) | |
| | ) | |
| Defendant(s). | ) | |

A final pretrial conference was held on the 23rd day of May, 2018. Appearing for the parties as counsel were:

Steven H. Howard, #18582
DOWD, HOWARD LAW FIRM
1411 Harney Street, Suite 100
Omaha, NE 68102
Ph: (402) 341-1020
Fx: (402) 341-0254
Steve@dowd-law.com
Attorney for Plaintiff

James R. Walz, #22497
WALZ LAW OFFICES, PC, LLO
6519 Sunshine Drive
Omaha, NE 68107
Ph: (402) 505-4055
Fx: (402) 932-6900
james@walzlawpc.com
Attorney for Plaintiff

Heather L. Horst, #25001
WALZ LAW OFFICES, PC, LLO
6519 Sunshine Drive
Omaha, NE 68107
Ph: (402) 505-4055
Fx: (402) 932-6900
heather@walzlawpc.com
Attorney for Plaintiff

Michael T. Gibbons, #21263
WOODKE, GIBBONS LAW FIRM
619 North 90th Street
Omaha, NE 68114
Ph: (402) 391-6000
Fx: (402) 391-6200
mgibbons@woglaw.com
Attorney for Defendants

Christopher D. Jerram, #19430
WOODKE, GIBBONS LAW FIRM
619 North 90th Street
Omaha, NE 68114
Ph: (402) 391-6000
Fx: (402) 391-6200
cjerram@woglaw.com
Attorney for Defendants

**(A)** **Exhibits.** See attached Exhibit List.

**(B)** **Uncontroverted Facts.** The parties have agreed that the following may be accepted as established facts for purposes of this case only:

1. At the time of the accident, Plaintiff, Vanessa Shultz was a citizen of Nebraska. Defendant, Abe's Trash Service, Inc., is a Nebraska corporation with its principal office located in Omaha, Nebraska. Defendant, Christopher Skinner is a citizen of Iowa. Jurisdiction is based on 28 U.S.C. §1332 as Plaintiff and one of the Defendants are citizens of

difference states and the matter in controversy exceeds the value of $75,000.

2. On April 6, 2016 at approximately 2:40 p.m., the Plaintiff, Vanessa Shultz was operating her vehicle Eastbound on Highway 36 approaching 264th street in Douglas County, Nebraska.

3. On April 6, 2016 at approximately 2:40 p.m., Defendant Skinner was operating a garbage truck owned by Defendant Abe's Trash Service traveling Southbound on 264th Street across Highway 36 in Douglas County, Nebraska.

4. On April 6, 2016 at approximately 2:40 p.m., Plaintiff's vehicle collided with Defendant's vehicle at the intersection of Highway 36 and 264th Street in Douglas County, Nebraska.

5. At the time of the accident, Defendant was attempting to cross Highway 36 from 264th Street.

6. At the time of the accident, Highway 36 was protected by stop signs at its intersection with 264th street commanding northbound and southbound traffic on 264th Street to stop.

7. At the time of the accident, the authorized speed limit on Highway 36 was 60 mph at or near the location of the accident.

8. That Deputy Russell Swanson of the Douglas County Sheriff's Office responded to the accident on April 6, 2016.

9. That there were no weather conditions that would have contributed to the cause of the accident on April 6, 2016.

10. That there were no environmental or roadway conditions present on April 6, 2016 that would have contributed to the cause of the accident.

11. At all times relevant hereto, Defendant Skinner was employed by and acting within the course and scope of his employment with Abe's Trash.

12. If Defendant Skinner is found to be negligent by the trier of fact, Abe's Trash would be vicariously liable for said acts of negligence pursuant to the doctrine of *respondeat superior.*

13. That Plaintiff was taken by ambulance to Immanuel Medical Center on April 6, 2016 after the accident and released the same day.

**(C)  Controverted and Unresolved Issues.**  The issues remaining to be determined and unresolved matters for the court's attention are:

1. Plaintiff's Issues:

a. Elements of negligence claimed by Plaintiff:
   i. Whether any of the Defendants were negligent in one or more of the following ways:
      1. Failure to maintain a proper lookout (alleged against Defendant, Christopher Skinner);
      2. Failure to yield to the right of way (alleged against Defendant, Christopher Skinner);
      3. Failure to maintain reasonable control of the vehicle (alleged against Defendant, Christopher Skinner);
      4. Failure to properly investigate Defendant, Christopher Skinner's driving history (alleged against Defendant, Abe's Trash Service, Inc.);
      5. Failure to investigate whether or not Defendant, Christopher Skinner, was a safe, fit, and competent driver (alleged against Defendant, Abe's Trash Service, Inc.).
   ii. Whether said negligence was a proximate cause of injury or damage to the Plaintiff.
   iii. The nature and extent of Plaintiff's damages.
b. Special Damages claimed and permanent injuries:
   i. Property damage related to the loss of Plaintiff's vehicle is $13,670.65.
   ii. Past medical expenses as of May 3, 2018 is $58,934.36.
   iii. Past wage loss as of May 3, 2018 is $6,866.60.
   iv. Future medical expenses are at least $30,000.00.
   v. Future loss of earning capacity discounted to present value is $291,976.05 (at 4%).

2. Defendant's Issues:

The Defendants each deny that they were negligent or that the collision was the proximate cause of any injuries or damages to Plaintiff. Defendant, Abe's Trash Service, Inc., admits that if Defendant, Christopher Skinner is found

negligent and his negligence proximately caused or contributed to causing the accident and damages, it would be vicariously liable for any judgment against him, provided Plaintiff is found to be less than fifty percent at fault in causing or contributing to causing the collision.

The Defendants affirmatively allege that the collision was proximately caused by the negligence and/or contributory negligence of the Plaintiff in one or more of the following particulars: (a) In failing to keep a reasonable and proper lookout; (b) By operating her vehicle at a speed that was too fast for the circumstances then and there existing; (c) By failing to yield the right-of-way to the vehicle operated by Defendant Skinner when she knew or should have known said vehicle's presence and dominant position in the intersection; (d) By failing to bring her vehicle to a stop within her range of vision as required by Nebraska Law; and (e) By failing to maintain reasonable and proper control of her vehicle.

The Defendants further affirmatively allege that the Plaintiff's Complaint fails to state a claim upon which relief may be granted as to any claim for negligent entrustment and that the Plaintiff failed to mitigate her damages as required by Nebraska Law.

The Defendants believe there is evidence supporting an inference that Plaintiff was contributory negligent. (a) photographic evidence documents spilled coffee in her car; (b) very long skid marks on the road; (c) extent of damage to the front of Plaintiff's vehicle; (d) no obstructed view; and (e) size and color of trash truck.

The Defendant believes the evidence of Christopher Skinner's past driving record is not relevant and even if relevant, unfairly prejudicial under Rule 403. Such evidence is not relevant for two primary reasons. (1) Defendant has admitted it would be vicariously liable in the event of a judgment against Skinner. Ultimately, Skinner must be found to be negligent for vicarious liability or in a negligent entrustment theory. There is no evidence that Abe's Trash did not know or check Skinner's driving record. Skinner's driving record is insufficient as a matter of law to support the theory of negligent entrustment.

**(D)    Witnesses.**  All witnesses, including rebuttal witnesses, expected to be called to testify by plaintiff, except those who may be called for impeachment purposes as defined in NECivR 16.2(c) only, are:

Vanessa Shultz
6602 W. Yellow Stone
Kennewick, WA 99336
(509) 540-9902

Jon Maine
6602 W. Yellow Stone
Kennewick, WA 99336
(509) 491-2678

Lynn Shultz
410 9th Street
Scribner, NE 68057
(402) 380-6432

Chris Shultz
401B Saint Francis Avenue
Nashville, TN 37205
(509) 240-6262

Christopher Skinner
307 W. Anderson St
Modale, IA 51556
(402) 350-5366

Abe's Trash Service, Inc. by
Josh Christensen
8123 Christensen Ln
Omaha, NE 68122
(402) 571-0568

Deputy Russell Swanson S-318
Douglas County Sheriff's Dept
3601 N. 72nd Street

Omaha, NE 68122
(402) 444-6641

Chris P. Mannel, Accident Reconstructionist
Nebraska Accident Reconstruction, LLC
19714 Woolworth Avenue
Omaha, NE 68130
(402) 750-6433

Rick Houlton, CFO (F)
Cornhusker International Trucks, Inc.
4502 South 110th Street
Omaha, NE 68137
(402) 331-8801, ext 222

Nathaniel Vazquez
14211 Birchwood Circle
Omaha, NE 68137
(402) 238-5119

Misty Janssen, MD
Family Medicine
10109 Maple Street
Omaha, NE 68134
(402) 572-3500

Kairul Lehardi, ARNP
Kadlec Neuroscience Center
1100 Goethals Drive, Suite B
Richland, WA 99352
(509) 942-3080

Dr. Jessica Almaguear
Kadlec Clinic
9040 W. Clearwater Avenue
Kennewick, WA 99336
(509) 942-3291

Johnathan Perry, MD (Fact witness only per Memorandum and Order filed

on April 23, 2018. *See* Document 103.)
Tri-City Orthopaedics
6709 W. Rio Grande Avenue
Kennewick, WA 99336
(509) 572-3836

Tyler Shaw, PA-C (F)
Tri-City Orthopaedics
6709 W. Rio Grande Avenue
Kennewick, WA 99336
(509) 572-3836

Sheila Tyrell (F)
Oasis Physical Therapy
4303 W. 24th Ave, Suite B
Kennewick, WA 99338
(509) 209-9386

Daniel Shalom Powell, DPT (F)
Hughes Physical Therapy
3121 W. Kennewick Avenue
Kennewick, WA 99336
(509) 735-7433

Dr. Shannon Phipps, DO (F)
9040 W. Clearwater Avenue
Kennewick, WA 99336
(509) 392-4974

ER Staff, Kadlec Emergency Room (F)
3290 W. 19th Avenue
Kennewick, WA 99338
(509) 946-4611

Dr. Sittilerk Trikalsaransuk (F)
Tri-Cities Endoscopy Center
7114 W. Hood PL
Kennewik, WA 99336
(509) 734-4885

Shun Kwong, MD (F)
6901 North 72 Street
Omaha, NE 68122
(402) 572-2225


John Hogue, MD (F)
450 E. 23rd Street
Fremont, NE 68025
(402) 721-1610


John Knox, PT (F)
Del Norte Physical Therapy
440 L Street
Crescent City, CA 95531
(707) 465-3311


Dr. Stephen Trapani
1618 E. Isaacs Ave
Walla Walla, WA 99362
(509) 525-0300


Scott Roberts, RN (F)
3290 W. 19th Avenue
Kennewick, WA 99338
(509) 946-4611


Michael Dobson (F)
3810 Plaza Way
Kennewick, WA 99338
(509) 221-7000


All witnesses who may be called to testify by defendant, except those who may be called for impeachment purposes as defined in NECivR 16.2(c) only, are: See Defendant's Witness List, attached.

It is understood that, except upon a showing of good cause, no witness whose name and address does not appear herein shall be permitted to testify over objection for any purpose except impeachment. A witness whose only testimony is intended to establish foundation for an exhibit for which foundation has not been waived shall not be permitted to testify for any other purpose, over objection, unless such witness has been disclosed pursuant to Federal Rule of Civil Procedure 26(a)(3). A witness appearing on any party's witness list may be called by any other party.

**(E)** **Expert Witnesses' Qualifications.** Experts to be called by plaintiff and their qualifications are:

Chris P. Mannel (Accident Reconstructionist), see attached C.V.
Nebraska Accident Reconstruction, LLC
Address above

Treating doctors (non-retained experts), treated Plaintiff

Misty Janssen, MD (Defendants objects to this witness.)
Address above
Primary care physician who treated Plaintiff

Kairul Lehardi, ARNP (Defendants objects to this witness.)
Address above
Neurologist who treated Plaintiff

Dr. Jessica Almaguear (Defendants objects to this witness.)
Address above
Primary care physician who treated Plaintiff

Johnathan Perry, MD (Fact witness only per Memorandum and Order filed on April 23, 2018. *See* Document 103.)
Address above
Orthopedic physician who treated Plaintiff

Dr. Stephen Trapani (Defendants objects to this witness.)
Address above

Chiropractor who treated Plaintiff

Defendant objects to All of the above-listed experts except Christopher Mannel based upon this Court's Order excluding experts, failure to comply with expert witness disclosure rules and failing to supplement interrogatories requesting expert opinion disclosures.

Experts who may be called by defendant and their qualifications are:

Scott Vincent, MD (Orthopedic Surgeon), see attached C.V.
University of Nebraska Medical Center
Department of Orthopedic Surgery & Rehabilitation
Address above

Bruce Gutnik, MD (Psychiatrist), see attached C.V.
Address above

**(F)** **Voir Dire.**  Counsel have reviewed Federal Rule of Civil Procedure 47(a) and NECivR 47.2(a) and suggest the following with regard to the conduct of juror examination:  The attorneys shall conduct Voir Dire.

**(G)** **Number of Jurors.**  Plaintiff has reviewed Federal Rule of Civil Procedure 48 and NECivR 48.1 and suggest that this matter be tried to a jury composed of 6 members.

Defendants have reviewed Federal Rule of Civil Procedure 48 and NECivR 48.1 and suggest that this matter be tried to a jury composed of 12 members.

**(H)** **Verdict.**  The parties will not stipulate to a less-than-unanimous verdict.

**(I)** **Briefs, Instructions, and Proposed Findings.** Counsel have reviewed NECivR 39.2(a), 51.1(a), and 52.1, and suggest the following schedule for filing trial briefs, proposed jury instructions, and proposed findings of fact, as applicable: Unless otherwise ordered, trial briefs, proposed jury instructions, and proposed findings of fact shall be filed five (5) working days before the first day of trial.

**(J)** **Length of Trial.** Counsel estimate the length of trial will consume not less than 2 day(s), not more than 5 day(s), and probably about 5 day(s). Defendant believes that if the plaintiff actually calls the witnesses she lists, this will be at least a five day trial and likely greater.

**(K)** **Trial Date.** Trial is set for September 10, 2018.

| | |
|---|---|
| */s/ James R. Walz* | */s/ Michael T. Gibbons* |
| James R. Walz, #22497 | Michael T. Gibbons, #21263 |
| Walz Law Offices, PC, LLO | Woodke & Gibbons, PC, LLO |
| 2809 S. 160th Street, #101 | 619 N. 90th Street |
| Omaha, NE 68130 | Omaha, NE 68114 |
| (402) 505-4055 | (402) 391-6000 |
| (402) 932-6900 (fax) | (402) 391-6200 (fax) |
| james@walzlawpc.com | mgibbons@woglaw.com |
| Counsel for Plaintiff | Counsel for Defendants |

BY THE COURT:

Susan M Bazis   5-24-18

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

VANESSA SHULTZ,                         )
                                        )
                    Plaintiff,          )          LIST OF EXHIBITS
                                        )
                                        )          Case Number:   8:16-cv-243
            v.                          )          Courtroom Deputy:  Marian Frahm
                                        )          Court Reporter:  Susan DeVetter
ABE'S TRASH SERVICE, INC., and          )
CHRISTOPHER F. SKINNER,                 )
                    Defendants.         )

Trial Dates:     September 10, 2018

Plaintiff's Exhibits

| EXHIBIT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
| 1 | | | State of Nebraska Investigator's Motor Vehicle Accident Report dated April 6, 2016 | | H, R, F | | | |
| 2 | | | Christopher Skinner guilty plea and waiver dated April 17, 2016 | | H, R,  F 403 | | | |
| 3 | | | Photos of accident scene and both vehicles taken by Douglas County Crime Lab on April 6, 2016 | | | X | | 5-23-18 |
| 4 | | | Photos of Plaintiff's automobile taken by Plaintiff after April 6, 2016 | | | X | | 5-23-18 |
| 5 | | | Photographs of Truck #143 taken by Plaintiff's counsel on November 9, 2017 | | R, H, 403 | | | |
| 6 | | | Photos of intersection of Highway 36 and 264th Street taken on or before April 12, 2016 | | | X | | 5-23-18 |

| 7 | | | Run Report from Valley Fire and Rescue dated April 6, 2016 | R, H, F | | | |
|---|---|---|---|---|---|---|---|
| 8 | | | Medical records from Immanuel Medical Center dated April 6, 2016 | R, H, F, O | | | |
| 9 | | | Billing records from Immanuel Medical Center dated April 6, 2016 | R, H, F | | | |
| 10 | | | Billing Statements from Radiology Consultants dated April 6, 2016 | R, H, F | | | |
| 11 | | | Billing statements from Emergency Clinician Associates dated April 6, 2016 | R, H, F | | | |
| 12 | | | Medical records from Fremont Area Medical Center dated April 9, 2016 | R, H, F,O | | | |
| 13 | | | Billing records from Fremont Area Medical Center dated April 9, 2016 | R, H, F | | | |
| 14 | | | Billing records from Dr. John H. Hogue, dated April 9, 2016 | R, H, F | | | |
| 15 | | | Billing records from General Radiology dated April 9, 2016 | R, H, F | | | |
| 16 | | | Medical records from Dr. Misty Janssen, dated April 12, 2016 to September 26, 2016 | R, H, F,O | | | |
| 17 | | | Billing records from Dr. Misty Janssen, dated April 12, 2016 to September 26, 2016 | R, H, F | | | |
| 18 | | | Medical records from Del Norte Physical Therapy dated June 3, 2016 to July 14, 2016 | R, H, F,O | | | |
| 19 | | | Billing records from Del Norte Physical Therapy dated June 3, 2016 to July 14, 2016 | R, H, F | | | |
| 20 | | | Medical records from Dr. Stephen Trapani, dated June 27, 2016 to August 8, 2016 | R, H, F,O | | | |
| 21 | | | Billing records from Dr. Stephen Trapani, dated June 27, 2016 to August 8, 2016 | R, H, F | | | |
| 22 | | | Medical records from Kennewick General Hospital | R, H, | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | dated September 1, 2016 to September 15, 2016 | F,O | | | |
| 23 | | Billing records from Kennewick General Hospital dated September 1, 2016 to September 15, 2016 | R, H, F | | | |
| 24 | | Billing records from Kennewick Radiology Group dated September 1, 2016 to September 15, 2016 | R, H, F | | | |
| 25 | | Receipt from back to life massage dated October 3, 2016 | R, H, F | | | |
| 26 | | Medical records from Kadlec Emergency Center dated October 11, 2016 | R, H, F,O | | | |
| 27 | | Billing records from Kadlec Emergency Center dated October 11, 2016 | R, H, F | | | |
| 28 | | Medical records from Kadlec Neuroscience Center dated February 14, 2017 to August 1, 2017 | R, H, F,O | | | |
| 29 | | Billing records from Kadlec Neuroscience Center dated February 14, 2017 to August 1, 2017 | R, H, F | | | |
| 30 | | Medical records from Dr. Jessica Almaguer, dated February 15, 2017 to present | R, H, F,O | | | |
| 31 | | Medical records from Dr. Shannon Phipps, dated October 10, 2017 to present | R, H, F,O | | | |
| 32 | | Billing records from Dr. Jessica Almaguer and Dr. Shannon Phipps, dated February 15, 2017 to present | R, H, F | | | |
| 33 | | Medical records from Tri City Orthopaedics, dated February 21, 2017 to present | R, H, F,O | | | |
| 34 | | Billing records from Tri City Orthopaedics, dated February 21, 2017 to present | R, H, F | | | |
| 35 | | Medical records from Oasis Physical Therapy, dated March | R, H, | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 7, 2017 to June 8, 2017 | | F,O | | | |
| 36 | | | Billing records from Oasis Physical Therapy, dated March 7, 2017 to June 8, 2017 | | R, H, F | | | |
| 37 | | | Medical records from Hughes Physical Therapy, dated July 25, 2017 to present | | R, H, F,O | | | |
| 38 | | | Billing records from Hughes Physical Therapy, dated July 25, 2017 to present | | R, H, F | | | |
| 39 | | | Medical records from Kadlec Medical Center, dated November 17, 2017 | | R, H, F,O | | | |
| 40 | | | Billing records from Kadlec Medical Center, dated November 17, 2017 | | R, H, F | | | |
| 41 | | | Billing records from Kadlec ER Physicians, dated November 17, 2017 | | R, H, F | | | |
| 42 | | | Billing records from Columbia Basin Imaging, dated November 17, 2017 | | R, H, F | | | |
| 43 | | | Medical records from Kadlec ER, dated April 19, 2018 | | R, H, F,O | | | |
| 44 | | | Billing records from Kadlec ER, dated April 19, 2018 | | R, H, F | | | |
| 45 | | | Medical records from Dr. Sittilerk Trikalsaransukh, dated April 20, 2018 | | R, H, F,O | | | |
| 46 | | | Billing records from Dr. Sittilerk Trikalsaransukh/Tri-City Endoscopy Center, dated April 20, 2018 | | R, H, F | | | |
| 47 | | | Functional Capacity Evaluation performed by Jennifer Beran dated December 8, 2017 | | R, H, F, 403, 0 | | | |
| 48 | | | Ergonomics Analysis performed by Pramila Kalaga dated Januar 3, 2018 | | R, H, F, 403, 0 | | | |

| 49 | | | Prescription records from Walgreens, dated April 6, 2016 to present | R, H, F, 403, 0 | | | |
|----|--|--|---|---|--|--|--|
| 50 | | | Letter from Plaintiff's Physician, Dr. Jonathan Perry dated May 30 2017 | R, H, F, 403, 0 | | | |
| 51 | | | Price report for 2003 Mazda6 V6 | R, H, F | | | |
| 52 | | | Correspondence from City of Omaha Law Department concerning impound fees for Plaintiff's vehicle dated June 27, 2016 | R, H, F | | | |
| 53 | | | Documentation from Sutter Business Services concerning terms of car loan for Plaintiff's replacement vehicle | R, H, F | | | |
| 54 | | | Plaintiff's itemization of mileage expenses incurred due to loss of vehicle | R, H, F | | | |
| 55 | | | Invoice from Enterprise Rent-A-Car dated April 12, 2015; | R, H, F | | | |
| 56 | | | Correspondence from CHI Health concerning Plaintiff's wage loss dated June 9, 2016 | R, H, F | | | |
| 57 | | | Correspondence from Medical Solutions concerning Plaintiff's wage loss dated May 19, 2016 | R, H, F | | | |
| 58 | | | Plaintiff's request and documentation for FMLA leave | R, H, F | | | |
| 59 | | | Plaintiff's tax return from tax year 2011 | R, H, F | | | |
| 60 | | | Plaintiff's tax return from tax year 2012 | R, H, F | | | |
| 61 | | | Plaintiff's tax return from tax year 2013 | R, H, F | | | |
| 62 | | | Plaintiff's tax return from tax year 2014 | R, H, F | | | |
| 63 | | | Plaintiff's tax return from tax year 2015 | R, H, F | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 64 | | | Plaintiff's tax return from tax year 2016 | | R, H, F | | |
| 65 | | | Plaintiff's W-2 Statements from tax year 2016 | | R, H, F | | |
| 66 | | | Plaintiff's tax return from tax year 2017 | | R, H, F | | |
| 67 | | | Life expectancy table | | R, H, F | | |
| 68 | | | Plaintiff's itemization of damages | | R, H, F | | |
| 69 | | | Transcript of Plaintiff's recorded statement taken by Defendant's Insurance Company dated April 12, 2016 | | R, H, F | | |
| 70 | | | All safety and procedure manuals used by employees of Abe's Trash Service, Inc. | | R, H, F, 403 | | |
| 71 | | | Defendant, Abe's Trash Service, Inc's Answers to Plaintiff's First Set of Interrogatories | | R, H, 403 | | |
| 72 | | | Facebook business review by Nate Vazquez of Abe's Trash Services, Inc. dated May 18, 2016 | | R, H, F, 403 | | |
| 73 | | | Defendant, Christopher Skinner's Answers to Plaintiff's First Set of Interrogatories | | R, H, 403 | | |
| 74 | | | Defendants, Abe's Trash and Christopher Skinner's Answers to Plaintiff's Second Set of Interrogatories | | R, H, 403 | | |
| 75 | | | Defendant, Christopher Skinner's responses to Plaintiff's First Set of Request for Admissions | | R, H, 403 | | |
| 76 | | | Defendant, Christopher Skinner's responses to Plaintiff's Second Set of Request for Admissions | | R, H, 403 | | |
| 77 | | | Defendant, Christopher Skinner's responses to Plaintiff's Third Set of Request for Admission | | R, H, 403 | | |

| 78 |  |  | Defendant's Mandatory Disclosures filed August 25, 2016 | R, H, 403 |  |  |  |
|---|---|---|---|---|---|---|---|
| 79 |  |  | Report from Plaintiff's expert witness, Chris Mannel | R, H, F |  |  |  |
| 80 |  |  | Curriculum Vitae of Plaintiff's expert witness, Chris Mannel |  | X |  | 5-23-18 |
| 81 |  |  | Deposition of Christopher Skinner | R, H, O |  |  |  |
| 82 |  |  | Deposition of Vanessa Shultz | R, H, O |  |  |  |
| 83 |  |  | Eyeglasses prescription for Christopher Skinner dated September 6, 2013 | R, F, H |  |  |  |
| 84 |  |  | Eyeglasses prescription for Christopher Skinner dated September 2, 2017 | R,H, F |  |  |  |
| 85 |  |  | Time clock slips for Christopher Skinner from pay period ending March 12, 2016 to pay period ending April 9, 2016 | R, H, F |  |  |  |
| 86 |  |  | Inspection and maintenance logs for vehicle #143 verified by Josh Christensen | R, H, F, 403 |  |  |  |
| 87 |  |  | Repair records for vehicle #143 from Cornhusker International Trucks, Inc. | R, H, 403 |  |  |  |
| 88 |  |  | Exhibit #34 from deposition of Christopher Skinner | R |  |  |  |
| 89 |  |  | Photographs of Abe's Garbage Truck taken by Plaintiff counsel on December 19, 2017 | R, H, F, 403 |  |  |  |

Defendant's Exhibits

| EXHIBIT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLF | DF | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
| | 101 | | E1 to Plaintiff's Deposition-color photograph | | | X | | 5-23-18 |
| | 102 | | E3 to Plaintiff's Deposition-color photograph | | | X | | 5-23-18 |
| | 103 | | E3 to Plaintiff's Deposition-color photograph | | | X | | 5-23-18 |
| | 104 | | E4 to Plaintiff's Deposition-color photograph | | | X | | 5-23-18 |
| | 105 | | E5 to Plaintiff's Deposition-color photograph | | | X | | 5-23-18 |
| | 106 | | E6 to Plaintiff's Deposition – American Chiropractic Clinic Patient Information Form (5 pages) | | H,R, 403 | | | |
| | 107 | | E7 to Plaintiff's Deposition – Dr. Stephen Trapani Letter to Kennewick General Hospital dated 2/16/2007 | | H, R, 403 | | | |
| | 108 | | E8 to Plaintiff's Deposition – Assessment dated 6/1/5/2007 | | H, R, 403 | | | |
| | 109 | | E9 to Plaintiff's Deposition – Kennewick General Hospital Documented Notice of Performance/Behavioral Concern | | H, R, 403 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 110 | | E10 to Plaintiff's Deposition – Kaiser Permanente Medical Record dated 12/20/2010 | | | X | | 5-23-18 |
| | 111 | | E11 to Plaintiff's Deposition – Kaiser Permanente Medical Record dated 5/31/2011 | | | X | | 5-23-18 |
| | 112 | | E12 to Plaintiff's Deposition – Kaiser Permanente Medical Record dated 6/09/2011 (2 pages) | | | X | | 5-23-18 |
| | 113 | | E13 to Plaintiff's Deposition – Kaiser Permanente Medical Record dated 0/26/2011 (3 pages) | | | X | | 5-23-18 |
| | 114 | | E14 to Plaintiff's Deposition – Kaiser Permanente Medical Record dated 2/06/2012 | | | X | | 5-23-18 |
| | 115 | | E15 to Plaintiff's Deposition – Kaiser Permanente Medical Record dated 2/06/2012 | | | X | | 5-23-18 |
| | 116 | | E16 to Plaintiff's Deposition – Kaiser Permanente Medical Record dated 2/14/2012 | | | X | | 5-23-18 |
| | 117 | | E17 to Plaintiff's Deposition – Kaiser Permanente Medical Record dated 12/29/2012 (2 pages) | | | X | | 5-23-18 |
| | 118 | | E18 to Plaintiff's Deposition – Kaiser Permanente Medical Record dated 1/14/2013 (2 pages) | | | X | | 5-23-18 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 119 | | E19 to Plaintiff's Deposition – CHI Health – ACH Maple Hills Medical Clinic Medical Record dated 8/08/2014 (2 pages) | | | X | | 5-23-18 |
| | 120 | | E20 to Plaintiff's Deposition – CHI Health – ACH Maple Hills Medical ClinicMedical Record dated 8/12/2014 | | | X | | 5-23-18 |
| | 121 | | E21 to Plaintiff's Deposition – CHI Health – ACH Maple Hills Medical Clinic Medical Record dated 4/02/2015 | | | X | | 5-23-18 |
| | 122 | | E22 to Plaintiff's Deposition – CHI Health – ACH Maple Hills Medical Clinic Medical Record dated 1/18/2016 | | | X | | 5-23-18 |
| | 123 | | E23 to Plaintiff's Deposition – CHI Health – ACH Maple Hills Medical Clinic Medical Record dated 3/23/2016 | | | X | | 5-23-18 |
| | 124 | | E24 to Plaintiff's Deposition - CHI Health – ACH Maple Hills Medical Clinic Medical Record dated 3/23/2016 | | | X | | 5-23-18 |
| | 125 | | Transcript of Plaintiff's Deposition taken 8/31/2017 (77 pages) | | R, 403 | | | |
| | 126 | | Color Photograph at accident scene depicting vehicles looking south | | | X | | 5-23-18 |
| | 127 | | Color Photograph at accident scene of Plaintiff's vehicle looking west | | | X | | 5-23-18 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 128 | | Color Photograph at accident scene of Plaintiff's vehicle looking northwest | | | X | | 5-23-18 |
| | 129 | | Color Photograph at accident scene of Plaintiff's vehicle looking | | | X | | 5-23-18 |
| | 130 | | Color Photograph at accident scene of Plaintiff's vehicle looking northeast | | | X | | 5-23-18 |
| | 131 | | Color Photograph at accident scene of Plaintiff's vehicle looking east | | | X | | 5-23-18 |
| | 132 | | Color Photograph at accident scene of Plaintiff's vehicle looking southeast | | | X | | 5-23-18 |
| | 133 | | Color Photograph at accident scene of Plaintiff's vehicle looking in from passenger side front | | | X | | 5-23-18 |
| | 134 | | Color Photograph at accident scene of Plaintiff's vehicle looking toward at inside of Driver's door and in toward the driver's side | | | X | | 5-23-18 |
| | 135 | | Color Photograph at accident scene of Plaintiff's vehicle looking in from driver's side front | | | X | | 5-23-18 |
| | 136 | | Color Photograph at accident scene of Plaintiff's vehicle looking down at inside front driver's side | | | X | | 5-23-18 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 137 | | Color Photograph at accident scene of Defendant, Abe's Trash Service vehicle of rear of vehicle | | | X | | 5-23-18 |
| | 138 | | Color Photograph at accident scene of Defendant, Abe's Trash Service vehicle of Driver's side and rear looking southwest | | | X | | 5-23-18 |
| | 139 | | Color Photograph at accident scene of Defendant, Abe's Trash Service vehicle of Driver's side looking west | | | X | | 5-23-18 |
| | 140 | | Color Photograph at accident scene of rear half of Defendant, Abe's Trash Service Vehicle and Plaintiff's vehicle showing front and driver's side looking northwest | | | X | | 5-23-18 |
| | 141 | | Color Photograph blow up-close in of E140 | | | X | | 5-23-18 |
| | 142 | | Color Photograph at accident scene of Defendant, Abe's Trash Service vehicle front and driver's side looking northwest | | | X | | 5-23-18 |
| | 143 | | Color Photograph at accident scene of Defendant, Abe's Trash Service vehicle front and passenger's side looking northeast | | | X | | 5-23-18 |
| | 144 | | Color Photograph at accident scene looking north at the Defendant, Abe's Trash Service truck, Plaintiff's vehicle and north | | | X | | 5-23-18 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 145 | | Color Photograph at accident scene of Defendant, Abe's Trash Service Truck of passenger side of vehicle looking southeast | | | X | | 5-23-18 |
| | 146 | | Color Photograph at accident scene of Defendant, Abe's Trash Service Truck of passenger side rear axel, tire and truck | | | X | | 5-23-18 |
| | 147 | | Color Photograph at accident scene of Defendant, Abe's Trash Service Truck of rear passenger side step at rear of truck | | | X | | 5-23-18 |
| | 148 | | Color Photograph at accident scene of Defendant, Abe's Trash Service Truck looking Down at rear passenger side step with damage depicted | | | X | | 5-23-18 |
| | 149 | | Color Photograph at accident scene of Defendant, Abe's Trash Service Truck looking at rear and passenger side facing southeast | | | X | | 5-23-18 |
| | 150 | | Color Photograph at accident scene of Plaintiff's vehicle driver's side looking west | | | X | | 5-23-18 |
| | 151 | | American Chiropractic Clinic Records for Plaintiff (Bates Stamped 0051-0054) 2/13/2007 (4 pages) | | H, R, 403 | | | |
| | 152 | | CHI Health - Lasting Hope Recovery Center (Bates Stamped 02209- 02219, 02227-02342 (9/03-04/2014 – 127 pages) | | H, R, 403 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 153 | | Roger Roubal, DDS records for Plaintiff (Bates Stamped 0276-0286) (11 pages) | | H, R, 403 | | | |
| | 154 | | General Health Cooperative (Kaiser Permanente )medical records for Plaintiff (bates stamped 0448, 0449, 0458, 0459, 0460, 0461, 0462, 0465, 0466, 0469, 0470, 0471, 0472, 0473, 0474, 0475, 0476, 0477, 0478, 0479, 0480, 0481, 0483, 0484, 0485, 0486, 0487, 0488, 0494, 0495, 0505, 0518, 0519, 0520, 0526, 0527, 0528, 0535, 0536, 0537, 0542, 0543, 0546, 0553, 0557, 0558, 0603, 0604, 0613, 0614, 0615, 0623, 0624, 0655, 0656, 0658, 0659. (57 pages) | | | X | | 5-23-18 |
| | 155 | | CHI Health- ACH- Immanuel Medical Center records for Plaintiff (bates stamped 0888, 0889, 0890, 0893, 0912, 0915, 0921, 0922, 0935, 0936, 0944. (11 pages) | | | X | | 5-23-18 |
| | 156 | | Kennewick General Hospital employment records for Plaintiff (bates stamped 1068, 1069, 1075, 1076, 1077, 1078, 1079, 1080. (8 pages) | | | X | | 5-23-18 |
| | 157 | | Johnathan Perry, MD medical record for Plaintiff dated 2/21/2017 (3 pages) | | | X | | 5-23-18 |
| | 158 | | Kennewick General Hospital medical records for Plaintiff bates stamped 1390, 1391, | | | X | | 5-23-18 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 1392, 1417, 1418, 1419, 1420, 1460, 1584. (9 pages) | | | | | |
| | 159 | | Carlson Counseling Services records (7 pages) | | H, R | | | |
| | 160 | | Lutheran Family Service records | | H, R | | | |
| | 161 | | Curriculum Vitae of Scott Vincent, MD | | | X | | 5-23-18 |
| | 162 | | Curriculum Vitae of Bruce Gutnik, MD | | R | | | |

OBJECTIONS:
    R:  Relevancy
    H:  Hearsay
    A:  Authenticity
    O:  Other (specify)

# Chris P. Mannel

Nebraska Accident Reconstruction, LLC

## Curriculum Vitae

| | |
|---|---|
| *Mailing Address* | 19714 Woolworth Avenue, Omaha, Nebraska 68130 |
| *Voice* | Cellular 402.750.6433 |
| *Email* | chris@nar-llc.com |
| *Web* | www.nar-llc.com |



# Work Experience

| | |
|---|---|
| **2006 - Current** | ***Nebraska Accident Reconstruction, LLC*** |
| | *Traffic Crash Consultation Services* |
| | Founding Member |
| | Photography, Animation & Technical Services Specialist |
| | NLETC Accident Course Instructor, CAD Software Instructor |

| | |
|---|---|
| **2001 - Current** | ***Pixel Engineering / Digital Creations*** |
| | *Technology Services Company* |
| | Computer repair / Network installation |
| | Photography / Graphic design and print work |
| | Website development and management |

| | |
|---|---|
| **2012 - 2016** | ***Werner Enterprises, Inc.*** |
| | *Transportation and Logistics Corporation* |
| | Safety Specialist Supervisor |
| | Catastrophic Loss Team |
| | HAZMAT Specialist |
| | FMCSA Regulation Specialist |
| | Information Technology Services Department |

| | |
|---|---|
| **1997 to 1999** | ***State of Nebraska*** |
| | *Nebraska State Patrol - Carrier Enforcement Division* |
| | Carrier Enforcement Officer |
| | Enforcment of Size and Weight Restrictions on Commercial Motor Vehicles |
| | Enforcement of Federal Motor Carrier Safety Regulations |
| | CVSA North American Standard Level I Inspections |
| | CVSA North American HAZMAT Inspection Certification |

| | |
|---|---|
| **1999 - 2012** | ***State of Nebraska*** |
| | *Nebraska State Patrol - Traffic Services Division* |
| | State Trooper |
| | Accident Investigation Instructor |
| | Crash Reconstruction Specialist |
| | Court Recognized Expert Witness |
| | Forensic Mapping and Diagramming software Instructor |

# Crash Reconstruction Certifications

| | |
|---|---|
| **2005** | ***ACTAR Full Accreditation - Certificate #1634*** |
| | Accreditation Commission for Traffic Accident Reconstruction |
| **2004** | ***Accident Reconstruction Specialist Certification*** |
| | Institute of Police Technology and Management |
| **2003** | ***Technical Accident Investigation Certification*** |
| | Institute of Police Technology and Management |
| **2002** | ***Advanced Accident Investigation Certification*** |
| | Institute of Police Technology and Management |
| **2001** | ***Intermediate Accident Investigation Certification*** |
| | Institute of Police Technology and Management |

# Education

| | |
|---|---|
| **2011 - 2012** | ***Web Design and Interactive Media Study*** |
| | Art Institute of Pittsburgh |
| | Studied website and design principles |
| **1996 - 1997** | ***Criminal Justice Major*** |
| | University of Nebraska at Omaha |
| | Criminal justice studies |
| **1995 - 1996** | ***Criminal Justice Major*** |
| | Metropolitan Community College |
| | Criminal justice studies |
| | Transfer |
| **1993 - 1995** | ***Political Science Major / Criminal Justice Minor*** |
| | Iowa State University |
| | Transfer |
| **Ongoing education** | ***Memberships / Clubs*** |
| | Current Member |
| | Midwest Association of Technical Accident Investigators (2002) |

# Specialty Certifications

**2013**          EDR Heavy Truck Data Retrieval
                  Preserving and Analyzing Information from Heavy Vehicle EDRs
                  Northwestern Center for Public Safety, Northwestern University — 40 hours

**2008**          Crash Data Retrieval (CDR) Technician and Analyst
                  Preserving and Analyzing Information from Heavy Vehicle EDRs
                  Lincoln Police Department, Lincoln, NE — 40 hours

**2007**          Crash Zone Forensic Diagramming CAD Software Instructor
                  Certification for course instruction

**2006**          Crash Zone Forensic Diagramming (Basic & Advanced)
                  Northeast Community College, Norfolk, NE — 32 hours

**2003**          SOKKIA Total Station / MapScenes CAD Software
                  NLETC, Grand Island, NE  — 40 hours

# References / Addendum

The people listed here are quite willing to be contacted and/or send a written recommendation. Please get in touch with me to arrange for references to be sent or to provide you with contact information.

| | |
|---|---|
| **Attorney** | ***Dr. Patrick Cullan***<br>Cullan & Cullan, LLC<br>1113 Harney Street<br>Omaha NE 68102 |
| **Detailed Lists Available by request** | ***Career Achievements / Specialized Training Courses / Course Instruction***<br>The following items can be requested as addendum to this CV if required:<br>  Specialized Training Outline (including dates and locations)<br>   - Hundreds of hours of coursework related to crash investigation and instruction<br>  Career Achievements<br>   - Detail of State Patrol related achievements as well as details of numbers of crash investigations to date<br>  Crash Course Instruction Outline<br>   - Detail of nearly 600 hours of instruction time related to the topic of crash investigation |

# Expert Witness Testimony

Log of court cases where this witness has been qualified by the court to testify his opinions based on the investigation and analysis. All cases were based in Nebraska.

| | |
|---|---|
| **2017** | ***Private NAR Case Analysis - Traffic Crash - Deposition***<br>Lincoln, NE<br>(Kimminau vs. County of Adams) |
| **2014** | ***Private NAR Case Analysis - Traffic Crash - Trial***<br>US District Court - Omaha, NE<br>(Moyle v. Concrete Industries) |
| **2013** | ***Private NAR Case Analysis - Traffic Crash - Deposition***<br>US District Court - Omaha, NE<br>(Moyle v. Concrete Industries) |
| **2011** | ***Private NAR Case Analysis - Traffic Crash - Trial***<br>Butler County Court, Nebraska<br>(Moore v. GT Express, LLC) |
| **2010** | ***Nebraska State Patrol - Police Pursuit - Grand Jury***<br>Butler County Court, Nebraska |
| **2010** | ***Private NAR Case Analysis - Traffic Crash - Trial***<br>Lancaster County Court, Nebraska<br>(Horn v. Novacek) |
| **2010** | ***Private NAR Case Analysis - Traffic Crash - Trial***<br>Lancaster County Court, Nebraska<br>(SSC v. Snuttjer) |
| **2005** | ***Nebraska State Patrol - Police Pursuit - Grand Jury***<br>Platte County Court, Nebraska |

# Chris P. Mannel

Nebraska Accident Reconstruction, LLC

## Curriculum Vitae
## Addendum

| | |
|---|---|
| ***Mailing Address*** | 19714 Woolworth Avenue, Omaha, Nebraska 68130 |
| ***Voice*** | Cellular 402.750.6433 |
| ***Email*** | chris@nar-llc.com |
| ***Web*** | www.nar-llc.com |



# SPECIALIZED TRAINING

| Dates | Course Title | Course Location / Hours |
|-------|-------------|------------------------|
| June 2017 | MATAI Conference - Various Topics | Wisconsin Dells, WI — 17 hours |
| March 2017 | EDR Summit Conference | Houston, TX — 24 hours |
| March 2013 | Preserving and Analyzing Information from Heavy Vehicle EDRs | Northwestern Center for Public Safety Evanston, IL – 40 hours |
| March 2012 | CDR Summit Conference | Houston, TX — 19 hours |
| December 2010 | Applied Physics for the Traffic Crash Investigator | Institute of Police Technology and Management (IPTM) Grand Island, NE – 40 hours |
| August 2009 | Advanced Commercial Vehicle Crash Investigation | Institute of Police Technology and Management (IPTM) Grand Island, NE – 40 hours |
| July 2009 | Inspection and Investigation of Commercial Vehicle Crashes | Institute of Police Technology and Management (IPTM) Grand Island, NE – 40 hours |
| May 2009 | Traffic Accident Reconstruction Conference | Midwest Association of Technical Accident Investigators Wisconsin Dells, WI – 20 hours |
| November 2008 | Energy Methods (Crush Analysis) Practical Exercise | Nebraska State Patrol Norfolk, NE – 10 hrs |
| June 2008 | Energy Methods in Traffic Crash Reconstruction (Crush Analysis) | Institute of Police Technology and Management (IPTM) St. Peters, MO – 40 hours |
| May 2008 | Traffic Accident Reconstruction Conference | Midwest Association of Technical Accident Investigators St. Paul, MN – 20 hrs |
| January 2008 | Human Factors in Traffic Crash Reconstruction | Accident Dynamics Research Center Jeff Mutart St. Paul, MN – 40 hrs |
| August 2006 | Commercial Vehicle Air Brakes Update Training | Nebraska Law Enforcement Training Center Grand Island, NE — 8 hours |
| June 2006 | CAD Zone - Crash Zone - Computer Aided Diagramming - Advanced Course | Specialized Training Course Norfolk, NE – 10 hrs |
| June 2006 | Traffic Accident Reconstruction Conference | Midwest Association of Technical Accident Investigators 28 hrs |
| June 2005 | Traffic Accident Reconstruction Conference | Midwest Association of Technical Accident Investigators 20 hrs |
| June 2004 | Traffic Accident Reconstruction Conference | Midwest Association of Technical Accident Investigators 20 hrs |

## Specialty Certifications

| | |
|---|---|
| **2013** | EDR Heavy Truck Data Retrieval<br>Preserving and Analyzing Information from Heavy Vehicle EDRs<br>Northwestern Center for Public Safety, Northwestern University — 40 hours |
| **2008** | Crash Data Retrieval (CDR) Technician and Analyst<br>Preserving and Analyzing Information from Heavy Vehicle EDRs<br>Lincoln Police Department, Lincoln, NE — 40 hours |
| **2007** | Crash Zone Forensic Diagramming CAD Software Instructor<br>Certification for course instruction |
| **2006** | Crash Zone Forensic Diagramming (Basic & Advanced)<br>Northeast Community College, Norfolk, NE — 32 hours |
| **2003** | SOKKIA Total Station / MapScenes CAD Software<br>NLETC, Grand Island, NE — 40 hours |

## Career Achievements

| | |
|---|---|
| **2011** | Nebraska State Patrol<br>*Trooper of the Year Award*<br>   Development of highway fatality tracking system using Google Earth technology<br>   Advancement of NLETC Accident Investigation curriculum |
| **2008** | Nebraska State Patrol<br>*Distinguished Service Award*<br>   Development of Public Seatbelt Safety Display |
| **2005 - 2013** | Crash Investigation Courses Instructor<br>Nebraska Law Enforcement Training Center |
| **Since 2004** | Active membership with Midwest Association of Accident Investigators |

## Career Investigations

| Since | Approximate | Description |
|---|---|---|
| 2003 | 90 | Traffic Crash Reconstruction Investigations |
| 1999 | 94 | Fatality Crash Investigations |
| 1997 | 300 | Personal Injury Crash Investigations |
| 2003 | 55 | Total Station Accident Scene Maps |
| 2003 | 4 | Total Station Crime Scene Maps |

# Crash Instruction Hours

| Date | Course Details | Hours |
|---|---|---|
| May-17 | NLETC Advanced Accident Investigation - Primary Instructor | 40 |
| March-17 | NLETC Intermediate Accident Investigation  - Primary Instructor | 40 |
| July-16 | NLETC Intermediate Accident Investigation - Primary Instructor | 40 |
| March-16 | NLETC Technical Accident Investigation  -  Instructor and Course Advisor | 16 |
| Apr-13 | NLETC Intermediate Accident Investigation - Instructor and Course Advisor | 10 |
| Apr-12 | NLETC Intermediate Accident Investigation  - Instructor and Course Advisor | 20 |
| Aug-11 | NLETC Advanced Accident Investigation  -  Student Assistant and Instructor | 22 |
| May-11 | NLETC Technical Accident Investigation  -  Instructor and Course Advisor | 30 |
| Apr-11 | NLETC Intermediate Accident Investigation  - Instructor and Course Advisor | 8 |
| Oct-10 | NSP Basic Academy Class #52  -  Scene Photography/Diagramming | 32 |
| Aug-10 | NLETC Advanced Accident Investigation  -  Student Assistant and Instructor | 22 |
| Apr-10 | NLETC Intermediate Accident Investigation  - Instructor and Course Advisor | 40 |
| May-09 | NLETC Technical Accident Investigation  -  Instructor and Course Advisor | 60 |
| Apr-09 | NLETC Intermediate Accident Investigation  - Instructor and Course Advisor | 40 |
| Apr-09 | NAR Cad Zone & Total Station Class  -  Instructor | 24 |
| Dec-08 | NSP Total Station & Crash Zone (CAD)  -  Student Asst. and Instructor | 40 |
| Nov-08 | NSP Accident Reconstruction InService (Night Time Photo)  -  Lead Instructor | 4 |
| Aug-08 | NLETC Advanced Accident Investigation  -  Student Assistant and Instructor | 22 |
| Jul-08 | NSP InService Basic Computer Diagramming  -  Lead Instructor | 4 |
| Apr-08 | NLETC Intermediate Accident Investigation  -  Student Assistant and Instructor | 11 |
| Mar-08 | NSP InService  -  Easy Street Draw accident diagramming courses | 16 |
| Feb-08 | Basic Computer Diagramming Train the Trainer  -  Assistant Instructor | 4 |
| Dec-07 | NSP Basic Academy Class #52  -  Scene Photography/Diagramming | 20 |
| Jun-07 | NLETC Intermediate Accident Investigation  -  Student Assistant | 16 |
| May-07 | Technical Accident Investigation  -  Student Assistant & Instructor | 32 |
| Apr-07 | NLETC Basic Recruit Accident Investigation Practical  -  Student Assistant | 8 |
| Mar-07 | NSP InService Accident Investigation  -  Instructor | 8 |
| Dec-06 | NSP Basic Academy Class #51  -  Scene Photography/Diagramming | 20 |
| Aug-06 | NLETC Basic Recruit Accident Investigation Practical | 16 |
| Apr-06 | Intermediate Accident Investigation  -  Assistant | 24 |
| Dec-05 | NSP Basic Academy Class #50  -  Scene Photography/Diagramming | 20 |
| May-05 | Technical Accident Investigation NLETC Assistant | 20 |
| | **Total** | **709** |

# Chris P. Mannel

Nebraska Accident Reconstruction, LLC

## Curriculum Vitae

| | |
|---|---|
| *Mailing Address* | 19714 Woolworth Avenue, Omaha, Nebraska 68130 |
| *Voice* | Cellular 402.750.6433 |
| *Email* | chris@nar-llc.com |
| *Web* | www.nar-llc.com |



# Work Experience

| | |
|---|---|
| **2006 - Current** | **Nebraska Accident Reconstruction, LLC** |
| | *Traffic Crash Consultation Services* |
| | Founding Member |
| | Photography, Animation & Technical Services Specialist |
| | NLETC Accident Course Instructor, CAD Software Instructor |
| | |
| **2001 - Current** | **Pixel Engineering / Digital Creations** |
| | *Technology Services Company* |
| | Computer repair / Network installation |
| | Photography / Graphic design and print work |
| | Website development and management |
| | |
| **2012 - 2016** | **Werner Enterprises, Inc.** |
| | *Transportation and Logistics Corporation* |
| | Safety Specialist Supervisor |
| | Catastrophic Loss Team |
| | HAZMAT Specialist |
| | FMCSA Regulation Specialist |
| | Information Technology Services Department |
| | |
| **1997 to 1999** | **State of Nebraska** |
| | *Nebraska State Patrol - Carrier Enforcement Division* |
| | Carrier Enforcement Officer |
| | Enforcment of Size and Weight Restrictions on Commercial Motor Vehicles |
| | Enforcement of Federal Motor Carrier Safety Regulations |
| | CVSA North American Standard Level I Inspections |
| | CVSA North American HAZMAT Inspection Certification |
| | |
| **1999 - 2012** | **State of Nebraska** |
| | *Nebraska State Patrol - Traffic Services Division* |
| | State Trooper |
| | Accident Investigation Instructor |
| | Crash Reconstruction Specialist |
| | Court Recognized Expert Witness |
| | Forensic Mapping and Diagramming software Instructor |

# Crash Reconstruction Certifications

| | | |
|---|---|---|
| **2005** | **ACTAR Full Accreditation - Certificate #1634** | |
| | Accreditation Commission for Traffic Accident Reconstruction | |
| **2004** | **Accident Reconstruction Specialist Certification** | |
| | Institute of Police Technology and Management | |
| **2003** | **Technical Accident Investigation Certification** | |
| | Institute of Police Technology and Management | |
| **2002** | **Advanced Accident Investigation Certification** | |
| | Institute of Police Technology and Management | |
| **2001** | **Intermediate Accident Investigation Certification** | |
| | Institute of Police Technology and Management | |

# Education

**2011 - 2012**     **Web Design and Interactive Media Study**
Art Institute of Pittsburgh
    Studied website and design principles

**1996 - 1997**     **Criminal Justice Major**
University of Nebraska at Omaha
    Criminal justice studies

**1995 - 1996**     **Criminal Justice Major**
Metropolitan Community College
    Criminal justice studies
    Transfer

**1993 - 1995**     **Political Science Major / Criminal Justice Minor**
Iowa State University
    Transfer

**Ongoing education**     **Memberships / Clubs**
Current Member
    Midwest Association of Technical Accident Investigators (2002)

## Specialty Certifications

**2013**          EDR Heavy Truck Data Retrieval
                  Preserving and Analyzing Information from Heavy Vehicle EDRs
                  Northwestern Center for Public Safety, Northwestern University — 40 hours

**2008**          Crash Data Retrieval (CDR) Technician and Analyst
                  Preserving and Analyzing Information from Heavy Vehicle EDRs
                  Lincoln Police Department, Lincoln, NE — 40 hours

**2007**          Crash Zone Forensic Diagramming CAD Software Instructor
                  Certification for course instruction

**2006**          Crash Zone Forensic Diagramming (Basic & Advanced)
                  Northeast Community College, Norfolk, NE — 32 hours

**2003**          SOKKIA Total Station / MapScenes CAD Software
                  NLETC, Grand Island, NE  — 40 hours

# References / Addendum

The people listed here are quite willing to be contacted and/or send a written recommendation. Please get in touch with me to arrange for references to be sent or to provide you with contact information.

| | |
|---|---|
| **Attorney** | ***Dr. Patrick Cullan*** <br> Cullan & Cullan, LLC <br> 1113 Harney Street <br> Omaha NE 68102 |
| **Detailed Lists Available by request** | ***Career Achievements / Specialized Training Courses / Course Instruction*** <br> The following items can be requested as addendum to this CV if required: <br>    Specialized Training Outline (including dates and locations) <br>      - Hundreds of hours of coursework related to crash investigation and instruction <br>    Career Achievements <br>      - Detail of State Patrol related achievements as well as details of numbers of crash investigations to date <br>    Crash Course Instruction Outline <br>      - Detail of nearly 600 hours of instruction time related to the topic of crash investigation |

# Expert Witness Testimony

Log of court cases where this witness has been qualified by the court to testify his opinions based on the investigation and analysis. All cases were based in Nebraska.

| | |
|---|---|
| **2017** | ***Private NAR Case Analysis - Traffic Crash - Trial*** <br> Hastings, NE <br> (Kimminau vs. County of Adams) - Adams County District Court |
| **2017** | ***Private NAR Case Analysis - Traffic Crash - Deposition*** <br> Lincoln, NE <br> (Moore vs. Lanza) - Rock County |
| **2017** | ***Private NAR Case Analysis - Traffic Crash - Deposition*** <br> Lincoln, NE <br> (Kimminau vs. County of Adams) - Adams County |
| **2014** | ***Private NAR Case Analysis - Traffic Crash - Trial*** <br> US District Court - Omaha, NE <br> (Moyle v. Concrete Industries) |
| **2013** | ***Private NAR Case Analysis - Traffic Crash - Deposition*** <br> US District Court - Omaha, NE <br> (Moyle v. Concrete Industries) |
| **2011** | ***Private NAR Case Analysis - Traffic Crash - Trial*** <br> Butler County Court, Nebraska <br> (Moore v. GT Express, LLC) |
| **2010** | ***Nebraska State Patrol - Police Pursuit - Grand Jury*** <br> Butler County Court, Nebraska |
| **2010** | ***Private NAR Case Analysis - Traffic Crash - Trial*** <br> Lancaster County Court, Nebraska <br> (Horn v. Novacek) |

**2010**          ***Private NAR Case Analysis - Traffic Crash - Trial***
                   Lancaster County Court, Nebraska
                   (SSC v. Snuttjer)

**2005**          ***Nebraska State Patrol - Police Pursuit - Grand Jury***
                   Platte County Court, Nebraska

# Scott A. Vincent, M.D.
## Curriculum Vitae

**Home Address**
509 S. 51st St.
Omaha, NE 68106
(402) 619-3118
scottvincentmd@gmail.com

**Work Address**
University of Nebraska Medical Center
Department of Orthopaedic Surgery & Rehabilitation
985640 Nebraska Medical Center
Omaha, NE 68198-5640
scott.vincent@unmc.edu

## Academic Appointment
2017 – Present      Assistant Professor, Department of Orthopaedic Surgery, The University of Nebraska Medical Center, Division of Adult Spine Surgery

## Education
2007 – 2011      The University of Nebraska College of Medicine, Doctor of Medicine, Graduated with Honors (Distinction) May 2011
2003 – 2007      The University of Nebraska at Kearney, Bachelor of Science, Chemistry-Business/Sales Emphasis, Graduated Magna Cum Laude, May 2007
1999 – 2003      York High School, York NE

## Fellowship
2016 – 2017      Spine Surgery: Department of Orthopedics and Rehabilitation, University of Wisconsin School of Medicine and Public Health

## Internship and Residency
2011 – 2016      The University of Nebraska Medical Center, Department of Orthopaedic Surgery

## Medical Licensures and Board Certification
2017      State of Nebraska: Physician License (active)
2016      American Board of Orthopedic Surgery Part 1 Exam: Passed
2011 – 2016      State of Nebraska Temporary Education Permit
2012      USMLE Step 3 Exam – Passed
2011      USMLE Step 2 CK Exam – Passed
2010      USMLE Step 2 CS Exam – Passed
2009      USMLE Step 1 Exam – Passed

## Honors and Awards
*Professional*
2017      Fellow Research Award for Outstanding Achievement in Research, University of Wisconsin Department of Orthopedics and Rehabilitation
2016      Frank P. Stone MD Award for Academic Excellence, University of Nebraska Medical Center, Department of Orthopaedic Surgery
2013      Award for Outstanding Junior Resident, University of Nebraska Medical Center, Department of Orthopaedic Surgery

*Graduate*
2010      Nebraska Board of Regents Scholarship at the University of Nebraska Medical Center
2009      The Nebraska Medical Education Fund, Inc. Rudolph Siever, MD Scholarship
2008      Outstanding Teaching Assistant Award – Summer Medical and Dental Education Program, University of Nebraska Medical Center

2008       Jerome J. Belzer MD Memorial Scholarship

*Undergraduate*

2007       The University of Nebraska at Kearney Outstanding Senior Award

2007       The University of Nebraska at Kearney Student Alumni Foundation Outstanding Senior Award

2006       Sigma Phi Epsilon Fraternity, The University of Nebraska at Kearney, Member of the Year Award

2005       Mortar Board, The University of Nebraska at Kearney, Outstanding Sophomore Award

2003       Omaha World Herald/Kearney Hub Scholar, The University of Nebraska at Kearney

Research Experience

2014 – 2016       The University of Nebraska Medical Center, Department of Orthopaedic Surgery, Chris Cornett, MD; "The Value of the On-Call Resident: A Multi-Center Prospective Evaluation of Resident Services and Billing" – Submitted for Publication

2012 – 2014       The University of Nebraska Medical Center, Department of Orthopaedic Surgery, Curtis Hartman, MD; "Investigation of Early Diagnosis and Early Therapeutic Intervention of implant Loosening Using a Murine Model for Wear-Particle Induced Osteolysis" – IACUC approved; data gathering ongoing

2010 – 2016       The University of Nebraska Medical Center, Department of Orthopaedic Surgery, Edward Fehringer, MD; "Evaluating Component Fixation in Total Shoulder Arthroplasty" – Submitted for Publication

2004 – 2007       The University of Nebraska at Kearney, Department of Chemistry, Michael Mosher, PhD.

      -Over 600 hours of laboratory work in the organic chemistry lab of Dr. Michael Mosher, The University of Nebraska at Kearney

      -Projects included synthesis of various oximes as well as development of carbonyl oxide compounds using various ozonolysis reactions

Publications/Presentations

*Publications*

Cornett CC, <u>Vincent SA</u>, Hewlitt A, Crow J. *Bacterial spine infections in adults: current evaluation and management.* J Am Acad Orthop Surg. 2016:24(1):11-18

Dilisio MF, May NR, <u>Vincent SA</u>, High RR, Walker CW, Manzer MN, Apker KA, Fehringer EV. *The association of incomplete glenoid component seating and periprosthetic glenoid radiolucencies after total shoulder arthroplasty.* J Shoulder Elbow Surg. October 2015:1-6.

Mosher, Michael D, Haeberle, Alex, <u>Vincent, Scott</u>, Martinez-Skinner, Andrea, Kaufman, Don. *A rapid method for the determination of the percentage of aliphatic versus vinyl hydrogen atoms and levels of trans fatty acids in triacylglycerols.* Chemical Educator (2006), 11(3), 178-180.

*Poster Presentations*

May NR, <u>Vincent SA</u>, Walker C, Manzer MN, Apker KA, Fehringer EV. *Less than 100% Bone Support May Not be Associated with Radiolucencies with a Partially Cemented Glenoid Component.* The American Academy of Orthopaedic Surgery (AAOS) Annual Meeting, February 7-11, 2012, San Francisco, CA

<u>Vincent SA</u>, Mosher MD. *The Interaction of Carbonyl Oxide Trapping Agents in Ozonolysis.* The 233rd American Chemical Society National Meeting., March 25-29, 2007, Chicago, IL

<u>Vincent SA</u>, Mosher MD. *The Interaction of Carbonyl Oxide Trapping Agents in Ozonolysis.* The 41st Midwest Regional Meeting of the American Chemical Society. October 25-27, 2006, Quincy, IL.

<u>Vincent SA</u>, Mosher MD. $\Delta^2$-*Isoxazolines from β,γ-Unsaturated Oximes.* The University of Nebraska at Kearney Student Research Day. April 2006, Kearney, NE.

<u>Vincent SA</u>, Mosher MD. $\Delta^2$-*Isoxazolines from β,γ-Unsaturated Oximes.* The 40th Midwest Regional Meeting of the American Chemical Society. October 26-28, 2005, Joplin, MO.

*Oral Presentations*

Vincent SA. "Acute Spinal Instability." Grand Rounds Presentation, Department of Orthopedic Surgery and Rehabilitation, University of Wisconsin. May 3, 2017.

Vincent SA. "The Value of the On-Call Resident: A Multi-Center Prospective Evaluation of Resident Services and Billing." Presented at the 2016 Meeting of the Mid-America Orthopaedic Association. April 16, 2016. Bonita Springs, FL

Vincent SA. "The Spine-Injured Patient: Initial Assessment and Emergency Treatment." Grand Rounds Presentation, University of Nebraska Medical Center, Department of Orthopaedic Surgery. November 2015

Vincent SA. "Odontoid Fractures: Current Controversies and Management Strategies." Grand Rounds Presentation, University of Nebraska Medical Center, Department of Orthopaedic Surgery. March 2015

Vincent SA. "Central Cord Syndrome: Evaluation and Management." Grand Rounds Presentation, University of Nebraska Medical Center, Department of Orthopaedic Surgery. November 2014.

Vincent SA, Cornett, C. "The Value of the On-Call Resident: A Multi-Center Prospective Evaluation of Resident Services and Billing." Orthopaedic Resident Research Day 2014

Vincent SA, Hartman CW. "Investigation of Early Diagnosis and Early Therapeutic Intervention of implant Loosening Using a Murine Model for Wear-Particle Induced Osteolysis." Resident Research Day 2012, 2013

Vincent SA, Mosher MD. "Trapping the Carbonyl Oxide: Implications for the Method of Ozonolysis in the Presence of Dimethylformamide." 127th Annual Meeting of the Nebraska Academy of Sciences, Lincoln, NE; April 20, 2007

Institutional Service

| | |
|---|---|
| 2014 – 2016 | Administrative Chief Resident, Department of Orthopaedic Surgery, The University of Nebraska Medical Center<br>-Planned and organized the Grand Rounds curriculum for the Department of Orthopaedic Surgery at the University of Nebraska Medical Center |
| 2007 – 2011 | Vice President, Class of 2011, The University of Nebraska Medical Center<br>-Worked as a liaison between the administration, faculty, and classmates. Also organized class functions, meetings, and service projects. |
| 2008-2009 | President, Orthopaedic Student Interest Group, The University of Nebraska Medical Center<br>-Organized meetings and speakers for fellow students at the University of Nebraska Medical Center interested in the field of orthopaedics. |

Professional/Honor Society Membership

| | |
|---|---|
| 2015 – Present | American Orthopaedic Association Emerging Leaders Program |
| 2011 – Present | American Academy of Orthopedic Surgery (AAOS) |
| 2010 – Present | Alpha Omega Alpha Honor Society |
| 2007 – Present | American Medical Association |
| 2007 – Present | Phi Rho Sigma Medical Society |
| 2006 – Present | Mortar Board National College Senior Honor Society |
| 2004 – Present | Sigma Phi Epsilon Fraternity |

Teaching Experience

| | |
|---|---|
| 2008 | Summer Medical and Dental Education Program, The University of Nebraska Medical Center – Teaching Assistant |

-The SMDEP Program brings students interested in medicine or dentistry from underserved backgrounds to Omaha and UNMC for 6 weeks. A major part of the curriculum is basic science education to prepare them for the MCAT.

-My role was to not only assist with the basic science, but also plan and coordinate activities to give them medical school experiences. These included various discussion groups and opportunities to interact with various physicians.

2007      General Chemistry Laboratory Instructor, The University of Nebraska at Kearney

-In this role, I was the instructor of record for a section of general chemistry laboratory. My duties included preparing lab, assigning and grading assignments, setting up and administering the final exam, and providing various review and teaching sessions with students both in and out of the general class period.

## Community Service

2010      Volunteer, Blue Valley Community Action Women, Infants, and Children (WIC) Clinic

-Provided health maintenance counseling to families visiting the WIC clinic.

2009      Volunteer and Presenter, Tar Wars

-Presented interactive presentation to 5th graders regarding the dangers of smoking.

2004-2007      Mentor, Friends Program

-Met weekly with a child identified as having special relationship needs by his teachers and counselors

2004-2007      Volunteer, Organizer, Augie Nelson Golf Classic; fundraiser for the National Kidney Foundation, Nebraska Chapter

-Helped organize and run golf tournament to raise money for the National Kidney Foundation. In four years of involvement, raised approximately $25,000.

# CURRICULUM VITAE

## Bruce D. Gutnik, M.D.

**OFFICE ADDRESS:**
　　10050 Regency Circle, Suite 501
　　Omaha, NE 68114

**DATE AND PLACE OF BIRTH:**
　　August 2, 1946　　　St. Louis, Missouri

**EDUCATION:**

| | | |
|---|---|---|
| September 1964 – June 1968 | Washington University<br>St. Louis, Missouri | B.S. |
| September 1968 – June 1972 | University of Missouri<br>School of Medicine, Columbia, Missouri | M.D. |

**POST DEGREE TRAINING:**

| | |
|---|---|
| June 1974 – June 1977 | Department of Psychiatry   Resident<br>Duke University Medical Center<br>Durham, North Carolina |

**CERTIFICATION & LICENSES:**
Licensed by the State of Missouri - #34584

Licensed by the State of Nebraska - #13787

Licensed by the State of Iowa - #35196

Certified by American Board of Psychiatry and Neurology in 1979

**ACADEMIC APPOINTMENTS:**

| | |
|---|---|
| 1977-1983 | Assistant Professor, Department of Psychiatry<br>University of Nebraska College of Medicine |

## OTHER SIGNIFICANT PROFESSIONAL EMPLOYMENT:

| | |
|---|---|
| 1977-1978 | Staff Psychiatrist<br>Nebraska Psychiatric Institute |
| 1978-1979 | Acting Director of the House Officer Training<br>Program, Nebraska Psychiatric Institute |
| 1979-1983 | Director of the House Officer Training Program<br>Nebraska Psychiatric Institute |
| 1979-1984 | Consultant to Douglas County Correctional<br>Institute |
| 1983-Present | Private Practice of Psychiatry |
| 1984-1987 | Consultant to Thomas Fitzgerald Veteran's Home |
| 1984-1988 | Psychiatrist for the Douglas County Board of<br>Mental Health |

## MILITARY SERVICE:
1972-1974                      Medical Officer
Behavioral & Motivational Factors Branch,
National Institute of Occupational Safety and
Health, United States Public Health Service

## HONORS AND AWARDS:
American Medical Association Physician Recognition Award:
1977, 1981, 1984, 1988, 1990, 1993, 1996, 1999, 2002, 2005, 2008

American Psychiatric Association Continuing Education Certificate:
November 1981, 1984, 1988, 1990, 1993, 1996, 1999, 2002, 2005, 2008

Outstanding Young Men of America, 1978

## MEMBERSHIP & OFFICES IN PROFESSIONAL SOCIETIES & EDITORIAL ACTIVITY:
American Association of Directors of Psychiatry Residency Training
Member
1978-1983

American Psychiatric Association
General Member 1977-2009
Life Member 2009-2014
Life Fellow 2014-present

Association for Academic Psychiatry
Regional Representative
1982-1983

Metro Omaha Medical Society
Member
1982-Present

Nebraska Medical Journal
Editorial Board
1982-1988

Nebraska Medical Society
Member
1982-Present

Association of Directors of Medical Student Education in Psychiatry
Member
1978-1983

# BIBLIOGRAPHY

**A.**    **COMPLETED PUBLICATIONS IN SCHOLARLY JOURNALS**
Reid, W.H., and Gutnik, B.D. Case report: Treatment of intractable sleepwalking. Psychiatric Journal of the University of Ottawa, 5:86-88, 1980.

Gutnik, B.D. Identifying potentially etiologic stress. Nebraska Medical Journal, 66:268-269, 1981.

Gutnik, B.D. A stress counseling paradigm for the non-psychiatrist. Nebraska Medical Journal, 67:52-54, 1982.

Gutnik, B.D., Haffke E.A., and Strider, F.D. Behavioral science tests in the U.S. medical schools. Journal of Psychiatric Education, 6:67-73, 1982.

Reid, W.H., and Gutnik, B.D. Organic treatment of chronically violent patients. Psychiatric Annals, 12:526-532, 1982.

Gutnik, B.D., and Reid, W.H. Adult somnambulism: Two treatment approaches. Nebraska Medical Journal, 67:309-312, 1982.

Gutnik, B.D., and Moore, S.L. Pre-emptive post-partum stress reduction. Nebraska Medical Journal, 68:9-12, 1983.

Gutnik, B.D., and Menolascino, F.J. Mental illness in the mentally retarded. Child Psychiatry and Human Development, 1983.

**B.**    **CHAPTERS IN BOOKS**
Reid, W.H., and Gutnik, B.D. Diagnosis and treatment of sleepwalking. In Golden, C.J., Alcaparras, S.A., Strider, F.D., and Graber, B., Eds. Applied Techniques in Behavioral Medicine. New York: Grune and Stratton, 49-58, 1981.

Menolascino, F.J., and Gutnik, B.D. Training mental health in mental retardation. In Menolascino, F.J., Ed. Mental Health and Mental Retardation: The Dual Diagnosis. New York: Wiley & Sons, 1982.