IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEBRASKA

| | |
|---|---|
| VANESSA SHULTZ, | Case No. 8:16-cv-243 |
| Plaintiff, | |
| vs. | ORDER GRANTING DEFENDANTS' MOTION TO ENLARGE TIME TO FILE MOTION TO EXCLUDE PLAINTIFF'S EXPERT WITNESSES |
| ABE'S TRASH SERVICE, INC., and CHRISTOPHER F. SKINNER, | |
| Defendant. | |

A discovery dispute has arisen in this case regarding Defendants Subpoena Duces Tecum served upon Lutheran Family Services ("LFS"), directing it to produce any and all of Plaintiff's psychiatric and mental health records in its possession.(Filing 115 & Document #117, Exhibit 4 attached). LFS communicated to Defendants' counsels' paralegal its unwillingness to produce any information without Order issued from this Court. (Document #117, Exhibt 4). Plaintiff filed an objection (Filing #99) and later filed a Motion to Quash. (Filing 120).

The Court held a telephonic hearing on June 4, 2018, at which time it overruled Plaintiff's objections and granted Defendants' Motion and directed Defendants' counsel to submit a proposed Order. (Filing #122).

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Lutheran Family Services shall comply with the Defendants' Subpoena Duces Tecum without further delay and produce the records and information as directed by the Subpoena Duces Tecum within 14 days from the date of this Order or, face further Order to appear before the Court and show cause which it should not be held in contempt.

IT IS SO ORDERED.

Dated the 7th day of June, 2018.

BY THE COURT:

Susan M. Bazis,
United States Magistrate Judge

Prepared and submitted by:

Michael T. Gibbons, #21263
Christopher D. Jerram, #19730

WOODKE & GIBBONS, P.C., LLO
Historic Inns of Court
619 N. 90 Street
Omaha, Nebraska 68114
Phone: (402) 391-6000
Facsimile: (402) 391-6200
Email: mgibbons@woglaw.com
Email: cjerram@woglaw.com